**LITMAN, ASCHE & GIOIELLA, LLP**
140 BROADWAY
NEW YORK, NEW YORK 10005

RICHARD M. ASCHE
RUSSELL M. GIOIELLA
JACK T. LITMAN (1974-2010)

TELEPHONE (212) 809-4500

TELECOPIER (212) 742-8757

WRITER'S CELL PHONE
(917) 885-0191

WRITER'S EMAIL
rmg@lagnyc.com

July 1, 2013

Honorable Kevin T. Duffy
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

> Re: United States v. Seggerman
> Case No. 10 Cr. 948 (KTD)

Dear Judge Duffy:

This letter is to request that you remove the travel restrictions currently in place for Ms. Seggerman. Her husband is relocating to Nairobi, Kenya to run a journalism school, and Ms. Seggerman and her daughter plan to live with him there. We have consulted with the Government, and they have no objection to her relocation and the removal of travel restrictions. They consent as well to the return of her passport.

The Government and Ms. Seggerman have agreed, however, to an increase in her personal recognizance bond to $1,000,000. She is available to come into court at your Honor's convenience to execute the bond should your Honor grant her request.

Respectfully submitted,

*Russell M. Gioiella*
Russell M. Gioiella

RMG:lcl

cc: Pre Trial Services
    Stanley J. Okula, Jr., Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-13

So Ordered:

*Kevin T. Duffy*
Judge Kevin T. Duffy

July 11, 2013