

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

May 1, 2014

The Honorable Kevin Thomas Duffy
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Suzanne Seggerman</u>, 10 Cr. 948 (KTD)

Dear Judge Duffy:

      We write to request that the Court make available to the Government and counsel for defendant, Suzanne Seggerman, the submission that was made to Your Honor by Michael Little, a defendant in the case pending before Judge Carter.  During yesterday's conference, Your Honor noted that the filing made by Mr. Little had raised questions in the Court's mind about whether "true cooperation" had been provided by Ms. Seggerman.  Transcript at p. 6.

      Mr. Little did not serve copies of his filing on either the Government or Mr. Gioiella, counsel for Ms. Seggerman. In order to address the statements made by Mr. Little in his submission (and any other submission made to Your Honor by Mr. Little), in the context of Ms. Seggerman's sentencing proceeding, we respectfully request that the parties to this proceeding be given access to the filing made by Mr. Little.

      Thank you for considering this request.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney

      By: <u> //s// Stanley J. Okula, Jr.    </u>
           Stanley J. Okula Jr.
           Assistant U.S. Attorney
           (212) 637-1585

cc:    Russell Gioiella, Esq.