LITMAN, ASCHE & GIOIELLA, LLP

140 BROADWAY

NEW YORK, NEW YORK 10005

RICHARD M. ASCHE
RUSSELL M. GIOIELLA
JACK T. LITMAN (1976-2010)

TELEPHONE (212) 809-4500

TELECOPIER (212) 742-8757

WRITER'S CELL PHONE
(917) 885-0191

WRITER'S EMAIL
rmg@lagnyc.com

May 2, 2014

VIA FACSIMILE (212) 805-6131

Honorable Kevin T. Duffy
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

       Re:   United States v. Seggerman
           Case No. 10 Cr. 948 (KTD)

Dear Judge Duffy:

      We are in receipt of the letter from the U.S.
Attorney's Office for the Southern District of New York to you
dated May 1, 2014.  We respectfully join in the government's
request for disclosure of the filing made by Mr. Michael Little,
so that we may address the issues raised by his letter in a
timely and effective manner.

      Thank you for considering this request.

           Respectfully yours,

           Russell M. Gioiella

RMG:lcl

cc:  Stanley J. Okula, Esq.