# LITMAN, ASCHE & GIOIELLA, LLP

140 BROADWAY

NEW YORK, NEW YORK 10005

RICHARD M. ASCHE
RUSSELL M. GIOIELLA
JACK T. LITMAN (1976-2010)

TELEPHONE (212) 809-4500

TELECOPIER (212) 742-8757

WRITER'S CELL PHONE
(917) 885-0191

WRITER'S EMAIL
rmg@lagnyc.com

August 8, 2014

Honorable Kevin T. Duffy
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:  United States v. Seggerman
         Case No. 10 Cr. 948 (KTD)

Dear Judge Duffy:

    We have reviewed the letter from the United States Attorney's Office dated August 8, 2014, requesting that the Court make available to the Government and defense counsel the _ex parte_ submission made to the Court by Michael Little. We join the Government's renewed request in all respects and thank the Court for its consideration of this matter.

Respectfully yours,

*Russell M. Gioiella*

Russell M. Gioiella
Counsel for Suzanne Seggerman

RMG:lcl

cc: Stanley J. Okula, Esq.