# LITMAN, ASCHE & GIOIELLA, LLP

### 666 FIFTH AVENUE - 17TH FLOOR

### NEW YORK, NY 10103

RICHARD M. ASCHE
RUSSELL M. GIOIELLA
JACK T. LITMAN (1976-2010)

TELEPHONE (212) 809-4500

WRITER'S CELL PHONE

(917) 414-6951
WRITER'S EMAIL

rmg@lagnyc.com

May 10, 2019

BY EMAIL (castelnysdchambers@nysd.uscourts.gov)

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

> Re:   United States v. Seggerman
>        Case No. 10 CR 948 (PKC)

Dear Judge Castel:

Further to our recent letter e-mailed a few minutes ago, I was finally able to access the updated Pre-Sentence Investigation Report and thus, we will be able to file our Presentence Memorandum on Monday.

Again, we thank the Court for its consideration of this matter and regret any inconvenience this has caused to the Court or its staff.

Respectfully submitted,

Russell M. Gioiella
/lcl

RMG:lcl

cc by email:   AUSA Andrew Dember
                Andrew.Dember@usdoj.gov