*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 21, 2019

**BY ECF & ELECTRONIC MAIL**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Application granted.
SO ORDERED.
Dated: 5/22/2019

_____
P. Kevin Castel
United States District Judge

Re: *United States v. Suzanne Seggerman*, 10 Cr. 948 (PKC)

Dear Judge Castel:

[ We write to respectfully request that the Court unseal the Government's sentencing letter dated August 28, 2014, which was previously filed in this case at that time in anticipation of Suzanne Seggerman's original sentencing date, which was September 9, 2014. ]At that time, the Government requested that the letter be filed under seal because Seggerman's cooperation was ongoing, and related in part to individuals who had not been charged at that time.  Judge Duffy, who presided over this case at that time, granted the Government's request.

Seggerman is scheduled to be sentenced on June 26, 2019 at 11:00 a.m.

Thank you for your consideration of this matter.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _s/Andrew S. Dember_____
Andrew S. Dember/Christopher DiMase/
Dina McLeod
Assistant United States Attorneys
(212) 637-2563/2433/1040

cc: Russell M. Gioiella, Esq. (By ECF)